# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :    NO. 537
                                          :
ORDER AMENDING RULE 204 OF THE   :    MAGISTERIAL RULES DOCKET
PENNSYLVANIA RULES OF CIVIL       :
PROCEDURE GOVERNING ACTIONS       :
AND PROCEEDINGS BEFORE            :
MAGISTERIAL DISTRICT JUDGES       :


## ORDER


**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2023, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 51 Pa.B. 5532 (September 4, 2021):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges 204 is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2024.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.